IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**JOSEPH GLEASON,**

Plaintiff,

v.

**NOVARTIS NUTRITION CORP.,**

Defendant.

Case No. 00-1619 ADM/AJB

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE AND STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, in accordance with Rules 41(A)(1) and 54(B) of the Federal Rules of Civil Procedure, that Counts I and V of Plaintiff's Complaint are hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that Plaintiff be permitted to file a First Amended Complaint, a copy of which is attached hereto.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that Defendant shall serve and file its Answer to the First Amended Complaint within ten (10) days of the entry of this Stipulation and Order.

OCT 2 0 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 11, 2000

FREDRIKSON & BYRON, P.A.
Richard A. Ross (License No.: 81791)
900 Second Avenue South
Suite 1100
Minneapolis, Minnesota 55402

-and-

STANTON, HUGHES, DIANA,
CERRA, MARIANI & MARGELLO, P.C.
Peter O. Hughes, Esq.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
Tel No.: (973) 656-1600

ATTORNEYS FOR DEFENDANT
NOVARTIS NUTRITION CORP.

Dated: October 7, 2000

Lateesa T. Ward
Jackson & Ward, L.L.C.
Carriage House
2520 Park Avenue South
Minneapolis, MN 55404

ATTORNEYS FOR PLAINTIFF
JOSEPH GLEASON

**ORDER**

**BASED ON THE FOREGOING:**

**IT IS HEREBY ORDERED** that Counts I and V of Plaintiff's Complaint are hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees; and

**IT IS FURTHER ORDERED** that Plaintiff may file his First Amended Complaint and Defendant shall serve and file its Answer to the First Amended Complaint on or before ten (10) days after entry of this Order.

Dated this 19th day of October, 2000.

Ann D. Montgomery
United States District Judge

::ODMA\PCDOCS\FBDOCS1\2431056\1