UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

JOSEPH GLEASON,

Plaintiff,

v.

NOVARTIS NUTRITION CORPORATION,

Defendant.

Civil No. 00-1619 ADM/AJB

ORDER

---

WHEREAS, the Court has received an ex parte in camera motion to withdraw as counsel for Plaintiff and an affidavit in support of said motion signed by Toni Michelle Jackson, and

WHEREAS, the Court believes it is appropriate for the Defendants to receive notice of the Plaintiff's motion,

NOW THEREFORE, IT IS HEREBY ORDERED that the Plaintiff shall serve Defendant's counsel with a copy of its motion to withdraw as counsel. The affidavit in support of said motion shall not be served upon Defendant but shall be sealed by the Clerk and shall not be disclosed without further order of this Court.

At the time of service of said motion, Defendant shall be advised to the date when said motion will be heard by the Court so as to allow the Defendants an opportunity to make an appearance and be heard on said motion.

Filed NOV 22 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Dated: 11/22/00

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

Plaintiff's counsel has filed an ex parte in camera motion to withdraw as counsel and a supporting affidavit. Plaintiff's counsel seeks to withdraw without unnecessarily divulging confidences. The Court by placing the supporting affidavit under seal has allowed Plaintiff to proceed without unnecessarily divulging confidences but has at the same time ordered that the Defendants be given notice of the motion and an opportunity to be heard.

AJB