**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Joseph Gleason,

Plaintiff,

Civil No. 00-1619 ADM/AJB

v.

**ORDER**

Novartis Nutrition Corporation,

Defendant.

---

The above matter came before the Court on Plaintiff's counsel's motion to withdraw. At the hearing on the matter, Plaintiff's counsel made an oral request for stay of discovery. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT**:

1. The motion to withdraw is **granted** [Docket No. 13];

2. The oral motion for stay of discovery is **denied**.

Dated: 12/12/00

Arthur J. Boylan
United States Magistrate Judge

DEC 13 2000