UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH GLEASON<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS NUTRITION CORP.<br><br>Defendants. | **Civil Action No. 00-1619 ADM/AJB**<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

THE MATTER IN CONTROVERSY in the above-captioned matter having been amicably adjusted by and between the parties, the parties hereby agree and stipulate that the action be and hereby is dismissed in its entirety, with prejudice and without costs or attorney's fees to either party. **Plaintiff Joseph Gleason specifically understands that, as a result of this dismissal with prejudice, the litigation is fully and finally concluded, and he will not again be permitted to file any lawsuit or claim relating to his employment by defendant Novartis Nutrition Corporation.**

| | |
|---|---|
| Pro-Se Plaintiff | Fredrikson & Byron, PA<br>Attorneys for Defendant |
| By: Joe Gleason<br>Joseph ~~M.~~ G. Gleason | By: ____<br>Richard A. Ross |
| Dated: 8-24-1 | Dated: 8/24/01 |

**SO ORDERED ON THIS** 29th **DAY OF** August **, 2001.**

Ann D. Montgomery
District Court Judge

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____